AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
FEB 09 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Scherer | ) Case No. **3:24 CR 34** |
| | ) **JUDGE KNEPP** |
| | ) **MAG. JUDGE CLAY** |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Scherer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2252(a)(2): Receipt and Distribution of Child Pornography

Date: 2/7/2024

_____
*Issuing officer's signature*

City and state: Toledo, OH

Kelly Roddy, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/24, and the person was arrested on *(date)* 2/8/24
at *(city and state)* TOLEDO, OH.

Date: 2/9/24

_____
*Arresting officer's signature*

Chad Smith Deputy U.S. Marshal
*Printed name and title*