# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO.: 3:24-CR-00034 |
| | ) |
| | ) JUDGE:  JAMES R. KNEPP II |
| vs. | ) |
| | ) |
| MICHAEL SCHERER | ) |
| | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL OF RECORD

Now comes undersigned counsel, Joseph C Patituce and Catherine Meehan of the law firm of Patituce & Associates, LLC, who respectfully gives notice to this Honorable Court, as well as all counsel within this matter of their appearance and substitution of counsel of record on behalf of Defendant, Michael Scherer.  Undersigned counsel respectfully requests that they are added to the list of persons receiving notices, pleadings, correspondence, etc. either on the Court's electronic system and/or at the contact information below.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

**By: /s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275)
Attorneys for Defendant
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com
attorneymeehan@patitucelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice has been forwarded to all parties via the clerk's office electronic filing on the 22nd day of February, 2024.

/s/ **Joseph C. Patituce**
Joseph C. Patituce
Catherine Meehan
Attorneys for Defendant