## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO.: 3:24-CR-00034** |
| ) | |
| ) | **JUDGE: JAMES R. KNEPP II** |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **MICHAEL SCHERER** ) | |
| ) | |

## REQUEST FOR DISCOVERY

Now comes the Defendant, Michael Scherer, by and through Counsel, Joseph C. Patituce, of Patituce and Associates, LLC, who hereby requests, pursuant to Federal Rule of Criminal Procedure 16, that the United States of America provide the Defendant with the following information:

A. 1) The substance of any relevant oral statements made by the Defendant before or after arrest;
2) Copies of all written and/or recorded statements by the Defendant;
3) Recorded testimony of the Defendant before a grand jury;

B. The Defendant's prior criminal record;

C. Copies of or permit inspection and copies or photographs of any and all books, data, tangible objects, building or places, photographs, papers, tape recordings, video recordings, documents, or other written material available to or within the possession, custody or control of the United States of America which are material to the preparation of the defense of this matter, or which are intended for use by the United States Attorney as evidence at the trial of this matter, or which were obtained from or belong to Defendant;

D. Copies of results or reports of any physical or mental examinations, and of any scientific tests or experiments, made in connection with this matter, which are available to or within the possession, custody or control of the United States of America, the existence of which is known or by the exercise of due diligence may become known to the United States Attorney.

E.     A written summary of any witness testimony that the United States of America intends to use under rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial including witness opinions, the basis and reason for those opinions, and the witness' qualifications;

F.     All evidence which is known or may become known to the United States Attorney which is favorable to the Defendant and material either to guilt, innocence, or punishment; and

G.     All other items discoverable under the Federal Rules of Procedure.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

**By: /s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275
Attorneys for Defendant
16855 Foltz Parkway
Strongsville, Ohio 44149
Phone:  (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Request for Discovery has been forwarded to all parties via the clerk's office electronic filing on the 22nd day of February, 2024.

**/s/ Joseph C. Patituce**
Joseph C. Patituce
Catherine Meehan
Attorneys for Defendant