# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 3:24-CR-00034 |
| ) | |
| ) | JUDGE: JAMES R. KNEPP II |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL SCHERER ) | |
| ) | |

## MOTION TO TRAVEL

Now comes Defendant Michael Scherer, by and through his undesigned counsel, and hereby moves this Honorable Court to grant his motion and permit his travel outside the district, for the Easter Holiday. Defendant seeks permission to travel to Temperance, Michigan on Sunday March 31, 2024. Defendant would be celebrating the Easter Holiday with his adult family at 1251 W. Dean Road Temperance, Michigan 48182. Travel would be limited to this date. Defendant plans to depart Ohio by noon and depart Michigan to return home by 7PM.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district, so that he can celebrate Easter with his family.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**
**By: /s/ Catherine Meehan**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275)
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorneymeehan@patitucelaw.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 25th day of March, 2024.

                                          **<u>/s/ Catherine Meehan</u>**
                                          Catherine Meehan
                                          Attorney for Defendant