### IN UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO.: 3:24-CR-00034** |
| ) | |
| ) | **JUDGE:  JAMES R. KNEPP II** |
| ) | |
| vs. ) | |
| ) | |
| **MICHAEL SCHERER** ) | |
| ) | |

## MOTION TO TRAVEL

Now comes Defendant Michael Scherer, by and through his undesigned counsel, and hereby moves this Honorable Court to grant his motion and permit his travel outside the district. Defendant seeks permission to travel to Temperance, Michigan on Saturday, April 13, 2024. Travel would be limited to this date. Defendant plans to depart Ohio by noon and depart Michigan to return home by 7PM.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**
**By: /s/ Catherine Meehan**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275)
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorneymeehan@patitucelaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 11th day of April, 2024.

**/s/ Catherine Meehan**
Catherine Meehan
Attorney for Defendant