# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 3:24-CR-00034** |
| | ) | |
| | ) | **JUDGE:  JAMES R. KNEPP II** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL SCHERER** | ) | |
| | ) | |

## MOTION TO TRAVEL

Now comes Defendant Michael Scherer, by and through his undesigned counsel, who hereby moves this Honorable Court to grant his motion and permit his travel for a brief family getaway. Defendant seeks permission to travel to Temperance, Michigan on the evening of Friday, August 23. From there, Defendant, will travel to a quick family vacation in the Marblehead, Ohio area, where he would stay until Sunday, August 25, 2024.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district and for a family vacation.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**
**By: /s/ Catherine Meehan**
Catherine Meehan (#0088275)
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorneymeehan@patitucelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 6th day of August 2024.

**/s/ Catherine Meehan**
Catherine Meehan
Attorney for Defendant