IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR034 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR AN EXTENSION OF |
| MICHAEL SCHERER, | ) | TIME TO FILE GOVERNMENT'S |
| | ) | RESPONSE TO DEFENDANT'S |
| Defendant. | ) | MOTION TO SUPPRESS EVIDENCE |
| | ) | (DOC. 16) |

The United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Sara Al-Sorghali, Assistant U.S. Attorney, respectfully moves this Court for a brief extension of time to file Government's response to defendant's motion to suppress (doc. 16) until December 9, 2024. The Government just finished being in trial thus, seeks additional time to file its response to defendant's motion to suppress. The extension is for good cause, and the requested time extension likely will not result in any other delays in this case.

Respectfully submitted,

REBECCA C. LUTZKO
UNITED STATES ATTORNEY

By:   _/s/ Sara Al-Sorghali_____
Sara Al-Sorghali
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Sara.Al-Sorghali@usdoj.gov