FILED

DEC 01 2024

CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:24CR034 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL SCHERER, | ) | NOTICE OF MANUAL FILING |
| | ) | OF EXHIBIT 2 OF GOVERNMENT'S |
| Defendant. | ) | RESPONSE IN OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| | ) | EVIDENCE |
| | ) | |

Notice is hereby given that the United States, through the undersigned counsel, has manually filed one WALLET DRIVE which contains Government's Exhibit 2 of its Response in Opposition to Defendant's Motion to Suppress Evidence. The exhibit is part of the Government's Response in Opposition and has been served upon counsel for the Defendant in the 4th disbursement of discovery delivered via FedEx on or about September 25, 2024.

Respectfully submitted,

REBECCA C. LUTZKO
UNITED STATES ATTORNEY

/s/ *Sara Al-Sorghali*
Sara Al-Sorghali (OH: 0095283)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Sara.Al-Sorghali@usdoj.gov

1