# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:24-CR-00034 |
| | JUDGE: JAMES R. KNEPP II |
| v. | |
| MICHAEL SCHERER, | **MOTION FOR EXTENSION OF TIME** |

Now comes Michael Scherer, by and through counsel, Catherine R. Meehan, who moves this Honorable Court to issue an order allowing a two-week extension of time for Defendant to file his response to the Government's Opposition to the Motion to Suppress, currently due on Monday, December 23, 2024. Counsel has been engaged in trial preparation for numerous upcoming matters throughout northern and middle Ohio, as well as covering matters for two additional attorneys out on maternity leave until mid-February and March. Furthermore, the undersigned counsel has numerous upcoming court hearings and briefing deadlines.

WHEREFORE, Defendant prays that this Honorable Court grant him an extension of time until Monday, January 6, 2025, to file his Response to the Government's Opposition to the Motion to Suppress.

**Respectfully submitted,**

**PATITUCE & ASSOCIATES, LLC.**

*/s/ Catherine R. Meehan*
Catherine R. Meehan (#0088275)
Patituce & Associates, LLC.
16855 Foltz Industrial Pkwy
Strongsville, Ohio 44149
(440) 471-7784 (Telephone)
(440) 398-0536 (Facsimile)
attorneymeehan@patitucelaw.com

2

**Certificate of Service**

I hereby certify that a true copy of the aforementioned Motion for Extension of Time has been forwarded to all parties via the Clerk's Office electronic filing on this 19th day of December 2024.

*/s/ Catherine R. Meehan*
Catherine R. Meehan (#0088275)