IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 3:24-CR-00034 |
| ) | |
| ) | JUDGE:  JAMES R. KNEPP |
| vs. ) | |
| ) | |
| MICHAEL SCHERER ) | |

## MOTION TO TRAVEL

Now comes Defendant Michael Scherer, by and through his undesigned counsel, who hereby moves this Honorable Court to grant his motion and permit his travel outside the district. Defendant seeks permission to travel to Temperance, Michigan on Tuesday, December 24, 2024 for Christmas Eve dinner with family. Defendant would leave Ohio at 5:00 PM and depart Michigan to arrive home by 10:00 PM. Defendant further seeks to celebrate Christmas with family in Temperance, Michigan on Saturday, December 28, 2024. Defendant plans to depart Ohio at 9:00 AM and depart Michigan to return home by 10:00 PM. Travel would be limited to the requested dates only.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**
**By: /s/ Catherine Meehan**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275)
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorneymeehan@patitucelaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 20th day of December, 2024.

/s/ **Catherine Meehan**
Catherine Meehan
Attorney for Defendant