## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO.: 3:24-CR-00034** |
| ) | |
| ) | **JUDGE:  JAMES R. KNEPP** |
| **vs.** ) | |
| ) | |
| **MICHAEL SCHERER** ) | |

## MOTION TO WITHDRAW

Now come attorneys Joseph C. Patituce and Catherine R. Meehan, of Patituce & Associates, LLC who respectfully move this Honorable Court for an order granting thier motion to withdraw as counsel of record for Defendant, Michael Scherer.  Defendant discharged counsel on April 13, 2025.  Furthermore, undersigned counsel were discharged pursuant to Rule 1.16(a) of the Ohio Rules of Professional Conduct.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant their motion to withdraw as the counsel of record.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**
**By: /s/ Joseph C. Patituce**
**By: /s/ Catherine Meehan**
Joseph C. Patituce (#0081384)
Catherine Meehan (#0088275)
16855 Foltz Industrial Pkwy.
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Withdraw has been forwarded to all parties via the clerk's office electronic filing on the 15th day of April, 2025.

**/s/ Joseph C. Patituce**
**/s/ Catherine Meehan**
Catherine Meehan
Attorneys for Defendant